UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MELISSA HILL,

    Plaintiff,

v.    **ORDER**
Civil File No. 12-738 (MJD/AJB)

CITY OF MINNEAPOLIS, MINNEAPOLIS POLICE
DEPARTMENT, OFFICER AMY VREELAND,
THE UNITED STATES FEDERAL PROTECTIVE
SERVICE, FPR INSPECTOR JESSE RODRIGUEZ,
DECO, INC., TIMOTHY SARKELA, JOHN KANGA,
and MICHAEL THOMS,

    Defendants.

---

Nadege J. Souvenir and William Z. Pentolovitch, Maslon Edelman Borman & Brand, Teresa J. Nelson, ACLU of Minnesota, Counsel for Plaintiff.

David W. Fuller, Assistant United States Attorney, Counsel for Defendants The United States Federal Protective Service and FPR Inspector Jesse Rodriguez.

---

    The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated

December 26, 2012.  [Docket No. 59]  Plaintiff Melissa Hill filed objections to the

Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Chief Magistrate Judge Boylan filed December 26, 2012.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Chief Magistrate Judge Boylan dated December 26, 2012 [Docket No. 59].

2. Defendants The United States Federal Protective Service and FPS Inspector Jesse Rodriguez's Motion to Dismiss [Docket No. 36] is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The motion to dismiss Count I claims against The United States Federal Protective Service and FPS Inspector Jesse Rodriguez for actions taken in an official capacity is **GRANTED**;

    b. Defendant The United States Federal Protective Service is **DISMISSED** as a Defendant in this action; and

    c. The motion to dismiss Count I individual claims against FPS Inspector Jesse Rodriguez on qualified immunity grounds is **DENIED** without prejudice.

Dated: March 18, 2013         s/ Michael J. Davis
                              Michael J. Davis
                              Chief Judge
                              United States District Court